## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2370 Disciplinary Docket No. 3 |
| | : |
| DAVID LEONARD QUATRELLA | : Board File No. C2-17-203 |
| | : |
| | : (United States District Court for the |
| | : District of Connecticut, Case No. 3:17 |
| | : CR3) |
| | : |
| | : Attorney Registration No. 33822 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2017, the Joint Petition to Temporarily Suspend an Attorney is granted, David Leonard Quatrella is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.